IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

**Criminal Action No. 06-016(GLS)**

v.

**FNU LNU, a/k/a "T,"
now known to be Marlenea Allen,**
                              **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Count One of Indictment No.06-CR-016against FNU LNU, a/k/a "T," now known to be Marlenea Allen, one of the defendants, so named.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:  In light of the defendant's age at the time of the offense, the case will be referred to the state for resolution.

With respect to this dismissal, defendant (check one):

__X__  Consents

____  Objects

____  Has not been consulted

This dismissal is without prejudice.

                                          GLENN T. SUDDABY
                                        United States Attorney

By:   *[signature]*
      SARA M. LORD
      Assistant U.S. Attorney
      Bar Roll No. 104163

Leave of court is granted for the filing of the foregoing dismissal.

Dated: February 14, 2006
Albany, New York

                                      *[signature: Gary L. Sharpe]*
                                      Hon. Gary L. Sharpe
                                      United States District Court Judge